

**MANDATE**

# Court of Appeals

# First District of Texas

NO. 01-15-00334-CR

NAJMA PARKER, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 300th District Court of Brazoria County. (Tr. Ct. No. 73,269).

**TO THE 300TH DISTRICT COURT OF BRAZORIA COUNTY, GREETINGS:**

Before this Court, on the 10th day of September 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on March 20, 2015. After due consideration, the Court **grants** the appellee's motion to dismiss the appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 10, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Massengale, and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

November 23, 2015

Date



CHRISTOPHER A. PRINE
CLERK OF THE COURT